In re:

JACOB I SANDT

AREINA G SANDT

    Debtors

Case No. 26-00803-BKM

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0970-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2026 | Form ID: 318 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | JACOB I SANDT, AREINA G SANDT, 2502 N 114TH LN, AVONDALE, AZ 85392-5019 |
| cr | +++ | LOANDEPOT.COM, LLC, c/o TIFFANY & BOSCO PA, SEVENTH FLOOR CAMELBACK ESPLANADE II, 2525 EAST CAMELBACK ROAD, PHOENIX, AZ 85016-9240 |
| 18034340 | | Elan Fin Svcs/dfcu, Cb Disputes, Saint Louis MO 63166 |
| 18034343 | + | Lambros Karandreas, 1225 W. Washington St. Suite 124, Tempe AZ 85288-1238 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FAHMASON.COM | May 12 2026 02:49:00 | ANTHONY H. MASON, Anthony H. Mason, Chapter 7 Trustee, 3039 W Peoria Avenue, Ste C102 PMB#128, Phoenix, AZ 85029-5212 |
| smg | | EDI: AZDEPREV.COM | May 12 2026 02:49:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | May 11 2026 23:20:00 | American Express National Bank, c/o Zwicker & Associates PC, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 18034329 | + | Email/PDF: bncnotices@becket-lee.com | May 11 2026 23:14:15 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso TX 79998-1535 |
| 18034330 | + | Email/PDF: bncnotices@becket-lee.com | May 11 2026 23:13:57 | Amex, P.o. Box 981537, El Paso TX 79998-1537 |
| 18034331 | + | EDI: AZDEPREV.COM | May 12 2026 02:49:00 | Arizona Department of Revenue, 1600 W Monroe St., Phoenix AZ 85007-2650 |
| 18034332 | + | EDI: BANKAMER | May 12 2026 02:49:00 | Bank of America, Po Box 982238, El Paso TX 79998-2238 |
| 18034333 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 11 2026 23:18:59 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks CA 91411 |
| 18034334 | + | EDI: CAPITALONE.COM | May 12 2026 02:49:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 18034335 | + | EDI: JPMORGANCHASE | May 12 2026 02:49:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington DE 19850-5299 |
| 18034336 | + | EDI: CITICORP | May 12 2026 02:49:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis MO 63179-0046 |
| 18034337 | + | EDI: CCS.COM | May 12 2026 02:49:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood MA 02062-2679 |

| 18034338 | | EDI: DISCOVER | May 12 2026 02:49:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City UT 84130 |
|---|---|---|---|---|
| 18034345 | | EDI: CITICORP | May 12 2026 02:49:00 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason OH 45040 |
| 18034339 | + | EDI: DISCOVERPL | May 12 2026 02:49:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City UT 84130-0954 |
| 18034341 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 11 2026 23:18:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia PA 19176-0379 |
| 18034342 | + | EDI: IRS.COM | May 12 2026 02:49:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 18034344 | ^ | MEBN | May 11 2026 23:04:44 | LoanDepot, Attn: Bankruptcy, P.O.Box 250009, Plano TX 75025-0009 |
| 18034348 | | Email/Text: EBN@Mohela.com | May 11 2026 23:18:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield MO 63005 |
| 18034346 | + | Email/Text: bkrgeneric@penfed.org | May 11 2026 23:18:00 | PenFed CU, Attn: Bankruptcy, P.O.Box 1432, Alexandria VA 22313-1432 |
| 18034347 | + | Email/Text: cc-bankruptcy-group@robinhood.com | May 11 2026 23:19:00 | Robinhood Credit, 548 Market St, San Francisco CA 94104-5401 |
| 18034349 | + | EDI: SYNC | May 12 2026 02:49:00 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965065, Orlando FL 32896-5065 |
| 18034350 | + | EDI: SYNC | May 12 2026 02:49:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando FL 32896-5064 |
| 18034351 | + | Email/Text: bankruptcy@bbandt.com | May 11 2026 23:19:00 | Truist Bank, Attn: Bankruptcy, 214 N. Tryon Street, Charlotte NC 28202-1078 |
| 18034352 | + | Email/Text: UpStart@ebn.phinsolutions.com | May 11 2026 23:19:00 | Upst/drb, Dr Bank Loan Operations, Attn: Bankruptc, P.O. Box 1503, San Carlos CA 94070-7503 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANTHONY H. MASON | ecfmason@earthlink.net  am@trustesolutions.net |
| David Cutler | on behalf of Debtor JACOB I SANDT documents2@phxfreshstart.com  Cutler.DavidR89553@notify.bestcase.com |
| David Cutler | on behalf of Joint Debtor AREINA G SANDT documents2@phxfreshstart.com  Cutler.DavidR89553@notify.bestcase.com |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor LOANDEPOT.COM  LLC ecf@tblaw.com |
| MARK S. BOSCO | on behalf of Creditor LOANDEPOT.COM  LLC ecf@tblaw.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 6

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | JACOB I SANDT | Social Security number or ITIN xxx–xx–6632 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | AREINA G SANDT | Social Security number or ITIN xxx–xx–0676 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of Arizona

Case number:  2:26–bk–00803–BKM

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

JACOB I SANDT

AREINA G SANDT
fka AREINA G WILSON

5/11/26

**By the court:** <u>Brenda K. Martin</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---